USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 9/29/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELA DAREZZO,

               Plaintiff,

-against-

RACHEL ON NINTH CORP. d/b/a PATRON and
H&S ASSOCIATES,

               Defendants.

Case No. 16CV4818

NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
F.R.C.P. 41 (a)(1)(A)(i)

    Pursuant to F.R.C.P. 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, ANGELA DAREZZO, and her counsel, hereby give notice that the above captioned action is voluntarily dismissed, with prejudice, and without costs, subject to the terms of the Consent Stipulation, annexed hereto, made a part hereof and incorporated by reference herein.

Dated: September 28, 2016

                                                    Donald J. Weiss, Esq. (7619)
                                                    Attorney for Plaintiff
                                                    1 Penn Plaza
                                                    New York, NY 10119
                                                    (212) 967-4440

So Ordered:

_____
Edgardo Ramos, U.S.D.J
Dated:  9/29/2016
New York, New York